*E-filed on* 10/27/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY ROSE DELGADILLO,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. C-06-80106 RMW<br><br>ORDER GRANTING MOTION TO DISMISS PETITION TO QUASH SUMMONS<br><br>**[Re Docket No. 1]** |

On April 21, 2006, agents of the Internal Revenue Service issued a third-party summons to Wells Fargo Bank, N.A., instructing it to provide records for a small non-profit entity, Las Isabelas. The agents sent a copy of the summons to petitioner Mary Rose Delgadillo, who was the interim executive director of Las Isabelas in 2003. Delgadillo filed a petition to quash, in which she stated that she was "a contractor for Las Isabelas" and "does not have in her possession the financial records requested in summons or know[] of parties who do." The United States now moves to dismiss the petition to quash.

Title 26 U.S.C. § 7602 gives the IRS broad powers to investigate possible violations of the tax laws where probable cause exists. *See United States v. Bisceglia*, 420 U.S. 141, 145-46 (1975). The IRS appears to have met the requirements of § 7602 for a summons. *See* Stark Decl. A petitioner bears the burden of showing that enforcement of an apparently valid summons would be

ORDER GRANTING MOTION TO DISMISS PETITION TO QUASH SUMMONS—No. C-06-80106 RMW
JAH

an abuse of court process. *United States v. Powell*, 379 U.S. 48, 58 (1964). That Delgadillo does not possess the records in Wells Fargo's possession or know that Wells Fargo possesses those records is not a sufficient basis to quash the summons to Wells Fargo. The United States' motion to dismiss the petition to quash is therefore granted, and the summons to Wells Fargo shall be enforced.

**ORDER**

For the forgoing reasons, the court grants the United States' motion to dismiss the petition to quash the summons.

DATED: 10/27/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on _____ to:**

**Petitioner (*pro se*):**

Mary Rose Delgadillo
Las Isabelas
235 South 15th Street
San Jose, CA 95112

**Counsel for Respondent:**

David L. Denier, Jay R. Weill, Kevin V. Ryan
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.